IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN OLIVER and BOB GUTHRIE Individually and on Behalf of All Others Similarly Situated, | § § § § | FLSA Collective Action Pursuant to 29 U.S.C. § 216(b) |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:08-cv-828 |
| AEGIS COMMUNICATIONS GROUP, INC. | § § § § | Jury Demanded |
| Defendant. | § | |

**JOINT MOTION TO EXTEND DEADLINE FOR**
**SUBMISSION OF PROPOSED SCHEDULING ORDER**

The Parties jointly move this Court to extend the deadline for submission of a Proposed Scheduling Order or Case Management Plan and show as follows:

On October 30, 2008, the Court entered an order permitting notice to be issued to current and former employees in several of Aegis call centers. As part of that order, the Court directed the Parties to confer and submit a proposed scheduling order or case management plan within 60 days of the conclusion of the opt-in period. That date is May 25, 2009. During the previous 60 days, the Parties have exchanged data covering more than 3000 individuals who worked in six states for the purpose of discussing resolution of the case. The parties have also attended mediation with Cecilia Morgan of J.A.M.S. Mediation was originally scheduled for April 28, 2009, but had to be moved to May 20, 2009. At the conclusion of mediation, the Parties had made progress toward settling this complex action, but agreed to adjourn the mediation so additional data could be gathered and analyzed. The Parties agreed to reconvene the mediation

on July 6, 2009.

The Parties hereby request that the deadline for submitting a proposed scheduling order or case management plan be extended to 10 days after the conclusion of the July 6, 2009, mediation or within 10 days after the conclusion of the second mediation session in the event the mediation date must be changed.

Respectfully submitted,

/s/ J. Derek Braziel
**J. DEREK BRAZIEL**
Texas Bar No. 00793380
**MEREDITH MATHEWS**
Texas Bar No. 24055180
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar St. Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelayer.com

**MICHAEL C. DODGE**
State Bar No. 05937000
**DAVID W. DODGE**
Texas Bar No. 24002000
**DODGE & ASSOCIATES, P.C.**
Regency Plaza
3710 Rawlins Street, Ste. 1600
Dallas, Texas 75219
Phone: (214) 273-3280
Fax:    (214) 273-3281

**DAVID P. RAY III**
State Bar No. 24027766
**WINOCOUR & RAY**
1401 N. Central Expressway, Suite 201
Dallas, Texas 75080
(214) 575-6060
(214) 5775-6220 (FAX)

**ATTORNEYS FOR PLAINTIFFS**

/s/ Mark A. Shank
**MARK A. SHANK**
State Bar No. 18090800
GRUBER HURST JOHANSEN HAIL, LLP
1445 Ross Ave.; Suite 2500
Dallas, TX 75202
214.855-6800 (phone)
214.855.6808 (facsimile)

**ATTORNEYS FOR DEFENDANT AEGIS COMMUNICATIONS GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2009, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

/s/ J. Derek Braziel
J. Derek Braziel