K ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Oliver, Kevin, et al. vs. Aegis Communications Group Inc.**

2. Civil action number: **3:08-cv-00828**

3. Nature of the suit: **employment**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **May 20, 2009, August 5, 2009 and September 24, 2009**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.    ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR.         ☐ Parties were unable to reach settlement

7. What was your TOTAL fee: **$12,310**

8. Duration of ADR: **twenty-nine (29)** (i.e., one day, two hours) hours + prep-time and numerous phone calls

9. Please list persons in attendance (including party association, e.e. defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Cecilia H. Morgan
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

    *Cecilia H. Morgan*                    9/28/09
    Signature                              Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

J. Derek Braziel Esq.
Lee & Braziel, L.L.P.
1801 N. Lamar St.
Suite 325
Dallas, TX 75202  USA

David W. Dodge Esq.
L/O David W. Dodge
3710 Rawlins
Suite 1600
Dallas, TX 75219  USA
Tel: 972-523-3135

David P. Ray III Esq.
Winocour Ray
9400 N. Central Expressway
Suite 1204
Dallas, TX 75231  USA
Tel: 214-575-6060

Jonathan F. Winocour Esq.
Winocour Ray
9400 N. Central Expressway
Suite 1204
Dallas, TX 75231  USA
Tel: 214-575-6060

Meredith L. Black-Mathews Esq.
Lee & Braziel, L.L.P.
1801 N. Lamar St.
Suite 325
Dallas, TX 75202  USA
Tel: 214-749-1400

Mark A. Shank Esq.
Gruber, Hurst, Johansen & Hail, LLP
1445 Ross Ave
Suite 2500
Dallas, TX 75202  USA